CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

## United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH KNORR

**DOCKET NO.** 04Cr 406 (JSR)

**MAGISTRATE'S CASE NO.**

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

JOSEPH KNORR

**WARRANT ISSUED ON THE BASIS OF:**
X Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

**DISTRICT OF ARREST**

**TO:** UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

**CITY**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Narcotics conspiracy, robbery conspiracy, robbery, use of gun in furtherance of robbery

**IN VIOLATION OF**

| UNITED STATES CODE TITLE | SECTION |
|---|---|
| 18 | 924(c), 1951 and 2 |
| 21 | 846 |

**BAIL** | **OTHER CONDITIONS OF RELEASE**

**ORDERED BY**

**SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)**

**CLERK OF COURT**   **(BY) DEPUTY CLERK**

**DATE ORDERED:** 6-5-04

**DATE ISSUED**

### RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 06-17-04

**DATE EXECUTED:** 06-17-04

**NAME AND TITLE OF ARRESTING OFFICER:** Sgt Harold E Finn Jr

**SIGNATURE OF ARRESTING OFFICER:** Sgt Harold E Finn Jr

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.