UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )    CRIMINAL NO. _____
                         )
Joseph Knorr             )
                         )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   ✓ Crime of violence (18 U.S.C. Section 3156)

   ___ Maximum sentence life imprisonment or death

   ✓ 10 plus years drug offense

   ___ Felony, with two prior convictions in above categories

   ✓ Serious risk defendant will flee

   ___ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   ✓ Defendant's appearance as required

   ✓ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will) ~~will not~~ invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

    ✓ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ✓ At first appearance

    ____ After continuance of ____ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses:

*By proffer*

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this 18th day of June, 2004.

*[signature]*
Assistant United States Attorney

2